# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DAVID FARR, Y21895,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 19-468-SMY** |
| | ) | |
| **PINCKNEYVILLE CORRECTIONAL** | ) | |
| **CENTER, et al** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>MEMORANDUM AND ORDER</u>

**YANDLE, District Judge:**

On May 8, 2019, Plaintiff's Motion for Leave to Proceed *in forma pauperis* ("IFP") was denied and Plaintiff was given a deadline of June 7, 2019 to pay the $400 filing fee for this action (Doc. 6). Plaintiff was warned in that Order that failure to pay the full filing fee of $400.00 would result in dismissal of this case. On July 3, 2019, Plaintiff was granted an extension of time to pay the $400 filing fee to no later than August 2, 2019 (Doc. 14). To date, only $200 has been paid toward the $400 filing fee. As a result, this action is **DISMISSED** without prejudice, for failure to comply with an Order of this Court. **FED. R. CIV. P. 41(b).** *See generally Ladien v. Astrachan,* **128 F.3d 1051 (7th Cir. 1997)***; Johnson v. Kamminga,* **34 F.3d 466 (7th Cir. 1994).** This dismissal shall **NOT** count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $400 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). The Clerk's Office is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED:  August 9, 2019**

s/ STACI M. YANDLE
United States District Judge
